# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Rankins,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                   3:10cv297

Alvin W. Keller,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2010 Order.

Signed: August 16, 2010

Frank G. Johns, Clerk
United States District Court